**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GEORGE WALLACE BROWN,

    Petitioner,

-vs-                                                Case No.  8:06-CV-142-T-30TBM

JAMES V. CROSBY, JR., et al.,

    Respondents.

_____/

**ORDER TO SHOW CAUSE**

THIS cause is before the Court upon receipt of a Suggestion of Death filed by Respondent on February 20, 2007 (Dkt. 13).  At the time of his demise, Petitioner was seeking federal habeas relief pursuant to 28 U.S.C. §2254.

UPON consideration, the Court **ORDERS** that the Petition for Writ of Habeas Corpus (Dkt. 1) is **DISMISSED**.  The Clerk of Court shall terminate all pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 12, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copy furnished to</u>:
All Parties of Record

SA:jsh